IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:20MJ 112 |
| | ) | |
| ZACHARY S. ELDER, | ) | |
| | ) | Court Date: April 19, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Misdemeanor 8112305)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 6, 2021, at Joint Base Myer Henderson Hall, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ZACHARY S. ELDER, did unlawfully operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams per 210 liters of breath as indicated by a chemical test, to wit: did have a blood alcohol concentration of .08 %.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(i))

Count II (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 6, 2021, at Joint Base Myer Henderson Hall, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ZACHARY S. ELDER, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count III (Petty 8112302)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 6, 2021, at Joint Base Myer Henderson Hall, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ZACHARY S. ELDER, did unlawfully fail to stop at a posted stop sign.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 46.2-830)

Count IV (Petty 8112304)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 6, 2021, at Joint Base Myer Henderson Hall, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ZACHARY S. ELDER, did unlawfully operate a vehicle with an expired license plate.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 46.2-613)

Respectfully submitted,

Raj Parekh
Acting United States Attorney

By: *Sean Rowland* (signature)

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, a true and correct copy of the Criminal Information was emailed to the defendant's counsel.

By: *[signature]*

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3790
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov